UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACEY N. THOMPSON,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**JERRY HALL,**<br><br>        Defendant. | Case No.: 16-cv-4706 YGR<br><br>**ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS AND DISMISSING CASE WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 9 |

On October 7, 2016, the Court issued an order adopting Magistrate Judge James's Report and Recommendation recommending dismissal of this case with leave to amend. (Dkt. No. 8.) Plaintiff was ordered to file an amended complaint by no later than November 7, 2016. (*Id.*) On November 2, 2016, notice of the Court's decision was returned as undeliverable. (Dkt. No. 9.)

It is the responsibility of the plaintiff to provide sufficient information to ensure prosecution of her action. Plaintiff must keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion. Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and the Court does not receive, within sixty days of such a return, any written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

Accordingly, plaintiff's complaint is **DISMISSED WITH LEAVE TO AMEND**. Plaintiff shall provide the court with an updated address and file an amended complaint by no later than **January 1, 2017**. The amended complaint must address the deficiencies noted in the Report. More particularly, plaintiff must clarify the facts entitling her to relief, the precise relief she seeks in this lawsuit, and from whom she seeks the relief. Plaintiff must also establish that the Court has subject matter jurisdiction over the case. If plaintiff maintains that subject matter jurisdiction is appropriate as a federal question, she must specify the federal law under which she seeks relief.

**IT IS SO ORDERED.**

Date: November 15, 2016

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**